UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

AT MARTINSBURG

JESSICA B. BOWERS,

    Plaintiff,

v.                                                                                      CIVIL ACTION NO. 3:23-cv-00119

JEFF S. SANDY,
*individually and in his official capacity as
the former Cabinet Secretary of the West Virginia
Department of Homeland Security,* and
BETSY JIVIDEN,
*individually and as a former employee of the West Virginia
Division of Corrections and Rehabilitation*, and
DIDYMUS TATE,
*individually and as an employee of the West Virginia
Division of Corrections and Rehabilitation,* and
JOHN/JANE DOE UNKNOWN EMPLOYEES OR
AGENTS OF THE WEST VIRGINIA DIVISION
OF CORRECTIONS AND REHABILITATION,
*individually and as employees or agents of the West
Virginia Division of Corrections and Rehabilitation,* and
ASHLEY FISHER,
*individually and as an employee of PrimeCare,* and
LISA BEARD,
*individually and as an employee of PrimeCare,* and
KELSEY SHANK,
*individually and as an employee of PrimeCare,* and
CHRISTIN BELL,
*individually and as an employee of PrimeCare,* and
BRENDA EAGLE,
*individually and as an employee of PrimeCare,* and
CHRISTINA WAY,
*individually and as an employee of PrimeCare,* and
CHELSEA MCCRORK,
*individually and as an employee of PrimeCare,* and
MORTICIA MARSHALL,
*individually and as an employee of PrimeCare,* and
BRANDY SCOTT,
*individually and as an employee of PrimeCare,* and

ALFRED BALDERA,
*individually and as an employee of PrimeCare,* and
PRIMECARE MEDICAL, INC., and
PRIMECARE MEDICAL OF WEST VIRGINIA, INC.,

        Defendants.

## ORDER

Pending is a Motion to Remove Attorney Anne Liles O'Hare from the electronic notice list, filed by Defendants PrimeCare Medical of West Virginia, Inc., PrimeCare Medical, Inc., Ashley Fisher, Lisa Beard, Kelsey Shank, Christin Bell, Brenda Engle, Christina Way, Chelsea Sweitzer, Morticia Marshall, Brandy Scott, Jeannette Sweitzer, and Alfred Baldara, M.D. on December 4, 2024. [ECF 145]. Defendants state that Ms. O'Hare should be removed from the electronic notice list, as she is no longer associated with the defense counsel firm or serving as counsel in this matter. However, to date, no Motion to Withdraw as Counsel has been filed by or on behalf of Ms. O'Hare.

Accordingly, the Motion to Remove Ms. O'Hare from the electronic notice list [**ECF 145**] is **DENIED**. The Court **DIRECTS** defense counsel to file a Motion to Withdraw **no later than December 11, 2024**.

The Clerk is directed to send a copy of this Order to all counsel of record and any unrepresented parties.

                      ENTER:      December 5, 2024

                                    Frank W. Volk
                                    Chief United States District Judge