UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

AT MARTINSBURG

JESSICA B. BOWERS,

    Plaintiff,

v.                                          CIVIL ACTION NO. 3:23-cv-00119

JEFF S. SANDY,
*individually and in his official capacity as the former Cabinet Secretary of the West Virginia Department of Homeland Security,* and
BETSY JIVIDEN,
*individually and as a former employee of the West Virginia Division of Corrections and Rehabilitation*, and
DIDYMUS TATE,
*individually and as an employee of the West Virginia Division of Corrections and Rehabilitation,* and
JOHN/JANE DOE UNKNOWN EMPLOYEES OR AGENTS OF THE WEST VIRGINIA DIVISION OF CORRECTIONS AND REHABILITATION,
*individually and as employees or agents of the West Virginia Division of Corrections and Rehabilitation,* and
ASHLEY FISHER,
*individually and as an employee of PrimeCare,* and
LISA BEARD,
*individually and as an employee of PrimeCare,* and
KELSEY SHANK,
*individually and as an employee of PrimeCare,* and
CHRISTIN BELL,
*individually and as an employee of PrimeCare,* and
BRENDA EAGLE,
*individually and as an employee of PrimeCare,* and
CHRISTINA WAY,
*individually and as an employee of PrimeCare,* and
CHELSEA MCCRORK,
*individually and as an employee of PrimeCare,* and
MORTICIA MARSHALL,
*individually and as an employee of PrimeCare,* and
BRANDY SCOTT,
*individually and as an employee of PrimeCare,* and

ALFRED BALDERA,
*individually and as an employee of PrimeCare,* and
PRIMECARE MEDICAL, INC., and
PRIMECARE MEDICAL OF WEST VIRGINIA, INC.,

          Defendants.

## ORDER

Pending is a Motion to Withdraw [ECF 147], on behalf of Attorney Anne Liles O'Hare filed by Defendants PrimeCare Medical of West Virginia, Inc., PrimeCare Medical, Inc., Ashley Fisher, Lisa Beard, Kelsey Shank, Christin Bell, Brenda Engle, Christina Way, Chelsea McCrork, Morticia Marshall, Brandy Scott, Jeannette Sweitzer, and Alfred Baldera, M.D. (collectively, "PrimeCare Defendants") on December 9, 2024.

Inasmuch as Ms. Liles O'Hare is no longer employed by Offutt Simmons Simonton PLLC and attorneys Mark R. Simonton and Alex S. Blevins will continue to represent the PrimeCare Defendants as counsel of record, the Court **GRANTS** the PrimeCare Defendants' Motion to Withdraw. [**ECF 147**].

The Clerk is **DIRECTED** to send a copy of this Order to all counsel of record and any unrepresented parties.

          ENTER:      December 17, 2024

          Frank W. Volk
          Chief United States District Judge