IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

**JESSICA B. BOWERS,**

      *Plaintiff*,

v.

      Civil Action No. 3:23-cv-119
      Judge Frank Volk

**JEFF S. SANDY, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS THE FORMER CABINET
SECRETARY OF THE WEST VIRGINIA DEPARTMENT OF
HOMELAND SECURITY,
BETSY JIVIDEN, INDIVIDUALLY AND AS AN EMPLOYEE
OF THE WEST VIRGINIA DIVISION OF
CORRECTIONS AND REHABILITATION,
DIDYMUS TATE, INDIVIDUALLY, AND AS AN EMPLOYEE
OF THE WEST VIRGINIA DIVISION OF CORRECTIONS
AND REHABILITATION,
JOHN /JANE DOE, UNKNOWN EMPLOYEES
OR AGENTS OF THE ABOVE ENTITY,
IN THEIR INDIVIDUAL CAPACITIES, AND
AS EMPLOYEES OR AGENTS OF THE ABOVE ENTITIES,
ASHLEYFISHER,** individually and as an employee
of PrimeCare,
**LISA BEARD,** individually and as an employee
of PrimeCare,
**KELSEY SHANK,** individually and as an employee
of PrimeCare,
**CHRISTIN BELL,** individually and as an employee
of PrimeCare,
**BRENDA ENGLE,** individually and as an employee
of PrimeCare,
**CHRISTINA WAY,** individually and as an employee
of PrimeCare,
**CHELSEA MCCRORK,** individually and as an employee
of PrimeCare,
**MORTRICIA MARSHALL,** individually and as an employee
of PrimeCare,
**BRANDY SCOTT,** individually and as an employee
of PrimeCare,
**JEANNETTE SWEITZER,** individually and as an employee

**of PrimeCare,
ALFRED BALDERA, individually and as an employee
of PrimeCare,
PRIMECARE MEDICAL, INC., AND
PRIMECARE MEDICAL OF WEST VIRGINIA, INC.,**

    *Defendants.*

**STIPULATION OF VOLUNTARY DISMISSAL, WITH PREJUDICE,
AS TO DEFENDANTS, ASHLEY FISHER, LISA BEARD, KELSEY SHANK,
CHRISTIN BELL, BRENDA ENGLE, CHRISTINA WAY, CHELSEA
MCCRORK, MORTICIA MARSHALL, BRANDY SCOTT,
JEANETTE SWEITZER, AND ALFRED BALDERA, M.D.**

  Comes Now Plaintiff, Jessica Bowers, by counsel, Christopher J. Heavens and Heavens law firm, PLLC, and Stephen P. New, and the law firm of Stephen New and Associates, and Defendants Jeff S. Sandy, individually and in his official capacity as the former cabinet secretary of the West Virginia Department of Homeland Security, Betsy Jividen, individually and as an employee of the West Virginia Division of Corrections and Rehabilitation, Didymus Tate, individually and as an employee of the West Virginia Department of Corrections and Rehabilitation, and John/Jane Doe, unknown employees in their individual capacities, and as employees or agents of the above entities, by counsel William E. Murray, Celeste E. Webb, James W. Marshall, and the law firm of Bailey & Wyant, PLLC, and Defendants, PrimeCare Medical, Inc., PrimeCare Medical of West Virginia, Inc., Ashley Fisher, Lisa Beard, Kelsey Shank, Christin Bell, Brenda Eagle, Christina Way, Chelsea McCrork, Morticia Marshall, Brandy Scott, Jeannette Sweitzer, and Alfred Baldera, M.D. (collectively, "PrimeCare Defendants") by counsel, Mark R. Simonton, Alex S. Blevins, and the law firm of Offutt Simmons Simonton, PLLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal

Rules of Civil Procedure, and hereby stipulate to the voluntary dismissal of all of Plaintiff's claims against Ashley Fisher, Lisa Beard, Kelsey Shank, Christin Bell, Brenda Eagle, Christina Way, Chelsea McCrork, Morticia Marshall, Brandy Scott, Jeannette Sweitzer, and Alfred Baldera, M.D. with prejudice.  The voluntary dismissal of these defendants is not in exchange for any indemnity dollars or other consideration being paid by them or on their behalf.

**JESSICA BOWERS,**

**By Counsel:**

**/s/   Stephen P. New**
Stephen P. New, Esquire (WV Bar #7756)
***Stephen New & Associates***
430 Harper Park Drive
Beckley, West Virginia 25801
Telephone: (304) 250-6017
Facsimile:  (304) 250-6012
steve@newlawoffice.com


Christopher J. Heavens, Esquire (WV Bar #5776)
***Heavens Law Firm, PLLC***
2438 Kanawha Boulevard, East
Charleston, West Virginia 25311
Telephone:  (304) 346-0464
Facsimile:   (304) 345-5775
chris@heavenslawfirm.com

PRIMECARE DEFENDANTS,

By Counsel:

**/s/ Mark R. Simonton, Esquire**
Mark R. Simonton, Esquire (WV Bar #13049)
Alex S. Blevins, Esquire (WV Bar #14047)
**Offutt Simmons Simonton, PLLC**
949 Third Avenue, Suite 300
Huntington, WV 25701
Telephone:  (304) 529-2868
Facsimile:   (304) 529-2999
mrsimonton@offuttlegal.com
asblevins@offuttlegal.com


JEFF S. SANDY, BETSY JIVIDEN, DIDYMUS TATE, AND JOHN/JANE DOE EMPLOYEES OR AGENTS.

By Counsel:

**/s/ William E. Murray, Esquire**
William E. Murray, Esquire (WV Bar #2693)
Celeste E. Webb, Esquire (WV Bar #10624)
**Bailey & Wyant, PLLC**
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
Telephone:  (304) 345-4222
Facsimile:   (304) 343-3133
wmurray@baileywyant.com
cwebb@baileywyant.com


James W. Marshall, Esquire (WV Bar #10677)
**Bailey & Wyant, PLLC**
115 West King Street
Martinsburg, West Virginia 25401
Telephone:  (304) 901-2000
jmarshall@baileywyant.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

JESSICA B. BOWERS,

    *Plaintiff*,

v.

    Civil Action No. 3:23-cv-119
    Judge Frank Volk

JEFF S. SANDY, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS THE FORMER CABINET
SECRETARY OF THE WEST VIRGINIA DEPARTMENT OF
HOMELAND SECURITY,
BETSY JIVIDEN, INDIVIDUALLY AND AS AN EMPLOYEE
OF THE WEST VIRGINIA DIVISION OF
CORRECTIONS AND REHABILITATION,
DIDYMUS TATE, INDIVIDUALLY, AND AS AN EMPLOYEE
OF THE WEST VIRGINIA DIVISION OF CORRECTIONS
AND REHABILITATION,
JOHN /JANE DOE, UNKNOWN EMPLOYEES
OR AGENTS OF THE ABOVE ENTITY,
IN THEIR INDIVIDUAL CAPACITIES, AND
AS EMPLOYEES OR AGENTS OF THE ABOVE ENTITIES,
ASHLEYFISHER, individually and as an employee
of PrimeCare,
LISA BEARD, individually and as an employee
of PrimeCare,
KELSEY SHANK, individually and as an employee
of PrimeCare,
CHRISTIN BELL, individually and as an employee
of PrimeCare,
BRENDA ENGLE, individually and as an employee
of PrimeCare,
CHRISTINA WAY, individually and as an employee
of PrimeCare,
CHELSEA MCCRORK, individually and as an employee
of PrimeCare,
MORTRICIA MARSHALL, individually and as an employee
of PrimeCare,
BRANDY SCOTT, individually and as an employee
of PrimeCare,

**JEANNETTE SWEITZER, individually and as an employee of PrimeCare,**
**ALFRED BALDERA, individually and as an employee of PrimeCare,**
**PRIMECARE MEDICAL, INC., AND**
**PRIMECARE MEDICAL OF WEST VIRGINIA, INC.,**

   *Defendants.*

## CERTIFICATE OF SERVICE

  I, Mark R. Simonton, Esquire, counsel for PrimeCare Defendants, do hereby certify that I served a true and correct copy of the foregoing **"Stipulation of Voluntary Dismissal, with Prejudice, as to Defendants, Ashley Fisher, Lisa Beard, Kelsey Shank, Christin Bell, Brenda Eagle, Christina Way, Chelsea McCrork, Morticia Marshall, Brandy Scott, Jeannette Sweitzer, and Alfred Baldera, M.D."** with the Clerk of the Court using the CM/ECF system, this **31st** day of **March, 2025**, which will service the following recipient(s):

Stephen P. New, Esquire
***Stephen New & Associates***
430 Harper Park Drive
Beckley, West Virginia 25801
*Counsel for Plaintiff*

Christopher J. Heavens, Esquire
***Heavens Law Firm, PLLC***
2438 Kanawha Boulevard, East
Charleston, West Virginia 25311
*Counsel for Plaintiff*

William E. Murray, Esquire
Celeste E. Webb, Esquire
***Bailey & Wyant, PLLC***
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
*Counsel for Jeff Sandy, Betsy Jividen, Didymus Tate, and John/Jane Doe Employees or Agents*

James W. Marshall, Esquire
***Bailey & Wyant, PLLC***
115 West King Street
Martinsburg, West Virginia 25401
*Counsel for Jeff Sandy, Betsy Jividen Didymus Tate, and John/Jane Doe Employees or Agents*

     /s/ **Mark R. Simonton**
     Mark R. Simonton, Esquire (WV Bar #13049)