IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

**JESSICA B. BOWERS,**

    *Plaintiff*,

v.

    **Civil Action No. 3:23-cv-119**
    **Judge Frank Volk**

**JEFF S. SANDY, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS THE FORMER CABINET
SECRETARY OF THE WEST VIRGINIA DEPARTMENT OF
HOMELAND SECURITY,
BETSY JIVIDEN, INDIVIDUALLY AND AS AN EMPLOYEE
OF THE WEST VIRGINIA DIVISION OF
CORRECTIONS AND REHABILITATION,
DIDYMUS TATE, INDIVIDUALLY, AND AS AN EMPLOYEE
OF THE WEST VIRGINIA DIVISION OF CORRECTIONS
AND REHABILITATION,
JOHN /JANE DOE, UNKNOWN EMPLOYEES
OR AGENTS OF THE ABOVE ENTITY,
IN THEIR INDIVIDUAL CAPACITIES, AND
AS EMPLOYEES OR AGENTS OF THE ABOVE ENTITIES,
PRIMECARE MEDICAL, INC., AND
PRIMECARE MEDICAL OF WEST VIRGINIA, INC.,**

    *Defendants.*

## NOTICE OF SETTLEMENT

Comes Now Plaintiff, Jessica Bowers, by counsel, Stephen P. New, and the law firm of Stephen New & Associates, and Christopher J. Heavens, and Heavens Law Firm, PLLC, and Defendants, PrimeCare Medical, Inc., and PrimeCare Medical of West Virginia, Inc. ("PrimeCare Defendants"), by counsel Mark R. Simonton, Alex S. Blevins, and the law firm of Offutt Simmons Simonton, and hereby notify this Honorable Court that the claims and controversies remaining against PrimeCare

Defendants in the above- captioned lawsuit have been resolved and settled. As a result thereof, Plaintiff and PrimeCare Defendants pray that this Honorable Court enter a Final Dismissal Order reflecting the dismissal of the claims and controversies with prejudice against PrimeCare Defendants to be submitted to this Court in the next sixty (60) days.

**JESSICA BOWERS,**

**By Counsel:**


*/s/  Stephen P. New*
Stephen P. New, Esquire (WV Bar #7756)
***Stephen New & Associates***
430 Harper Park Drive
Beckley, West Virginia 25801
Telephone: (304) 250-6017
Facsimile:  (304) 250-6012
steve@newlawoffice.com


Christopher J. Heavens, Esquire (WV Bar #5776)
***Heavens Law Firm, PLLC***
2438 Kanawha Boulevard, East
Charleston, West Virginia 25311
Telephone:  (304) 346-0464
Facsimile:   (304) 345-5775
chris@heavenslawfirm.com

**PRIMECARE DEFENDANTS,**

**By Counsel:**

***/s/ Mark R. Simonton, Esquire***
Mark R. Simonton, Esquire (WV Bar #13049)
Alex S. Blevins, Esquire (WV Bar #14047)
***Offutt Simmons Simonton, PLLC***
949 Third Avenue, Suite 300
Huntington, WV 25701
Telephone:  (304) 529-2868
Facsimile:   (304) 529-2999
mrsimonton@offuttlegal.com
asblevins@offuttlegal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

**JESSICA B. BOWERS,**

   *Plaintiff*,

v.

           **Civil Action No. 3:23-cv-119**
           **Judge Frank Volk**

**JEFF S. SANDY, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS THE FORMER CABINET
SECRETARY OF THE WEST VIRGINIA DEPARTMENT OF
HOMELAND SECURITY,
BETSY JIVIDEN, INDIVIDUALLY AND AS AN EMPLOYEE
OF THE WEST VIRGINIA DIVISION OF
CORRECTIONS AND REHABILITATION,
DIDYMUS TATE, INDIVIDUALLY, AND AS AN EMPLOYEE
OF THE WEST VIRGINIA DIVISION OF CORRECTIONS
AND REHABILITATION,
JOHN /JANE DOE, UNKNOWN EMPLOYEES
OR AGENTS OF THE ABOVE ENTITY,
IN THEIR INDIVIDUAL CAPACITIES, AND
AS EMPLOYEES OR AGENTS OF THE ABOVE ENTITIES,
PRIMECARE MEDICAL, INC., AND
PRIMECARE MEDICAL OF WEST VIRGINIA, INC.,**

   *Defendants.*

## CERTIFICATE OF SERVICE

  I, Mark R. Simonton, Esquire, counsel for PrimeCare Defendants, do hereby certify that I served a true and correct copy of the foregoing **"Notice of Settlement"** with the Clerk of the Court using the CM/ECF system, this **31st** day of **March, 2025**, which will service the following recipient(s):

Stephen P. New, Esquire
***Stephen New & Associates***
430 Harper Park Drive
Beckley, West Virginia 25801
*Counsel for Plaintiff*

Christopher J. Heavens, Esquire
***Heavens Law Firm, PLLC***
2438 Kanawha Boulevard, East
Charleston, West Virginia 25311
*Counsel for Plaintiff*

William E. Murray, Esquire
Celeste E. Webb, Esquire
***Bailey & Wyant, PLLC***
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
*Counsel for Jeff Sandy, Betsy Jividen, Didymus Tate, and John/Jane Doe Employees or Agents*

James W. Marshall, Esquire
***Bailey & Wyant, PLLC***
115 West King Street
Martinsburg, West Virginia 25401
*Counsel for Jeff Sandy, Betsy Jividen Didymus Tate, and John/Jane Doe Employees or Agents*

/s/ ***Mark R. Simonton***
Mark R. Simonton, Esquire (WV Bar #13049)