**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT MARTINSBURG**

JESSICA B. BOWERS,

      Plaintiff,

v.                                    CIVIL ACTION NO.  3:23-cv-00119

JEFF S. SANDY,
*individually and in his official capacity as*
*the former Cabinet Secretary of the West Virginia*
*Department of Homeland Security,* and
BETSY JIVIDEN,
*individually and as a former employee of the West Virginia*
*Division of Corrections and Rehabilitation*, and
DIDYMUS TATE,
*individually and as an employee of the West Virginia*
*Division of Corrections and Rehabilitation,* and
JOHN/JANE DOE UNKNOWN EMPLOYEES OR
AGENTS OF THE WEST VIRGINIA DIVISION
OF CORRECTIONS AND REHABILITATION,
*individually and as employees or agents of the West*
*Virginia Division of Corrections and Rehabilitation,*

      Defendants.

## **ORDER**

Pending is a Motion to Withdraw [ECF 220], on behalf of Attorney William E. Murray, filed by Defendants Jeff S. Sandy, Betsy Jividen, and Didymus Tate on January 7, 2026.

Local Rule 83.03 states "[i]n absence of a court order, no attorney who has entered an appearance in any civil or criminal action shall withdraw the appearance or have it stricken from the record."

Inasmuch as Mr. Murray has retired from Bailey & Wyant, PLLC, and attorneys Celeste Webb-Barber and James W. Marshall, III, will continue to represent the above-named

Defendants, the Court **GRANTS** the Motion to Withdraw. [**ECF 220**].

The Clerk is directed to transmit copies of this Order to all counsel of record and any unrepresented parties.

ENTER:        January 8, 2026

Frank W. Volk
Chief United States District Judge